No. 96–8400. BUCHANAN *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. [Certio-

rari granted, 520 U. S. 1196.] Motion of National Association of Criminal Defense Lawyers for leave to file a brief as *amicus curiae* granted.